UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br> v.<br><br>JESSICA TRINIDAD VELASCO,<br><br>    Defendant. | Case No. 23CR1138-DDL<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C., Sec. 641 —<br>**Receipt, Concealment, and Retention of Stolen Public Money (Misdemeanor)** |
|---|---|

  The United States Attorney charges:

<u>Count 1</u>

  Beginning in or around November 1, 2015, and continuing through at least October 1, 2018, within the Southern District of California, and elsewhere defendant JESSICA TRINIDAD VELASCO did knowingly receive, conceal, and retain money belonging to the United States, namely Supplemental Security Income intended for T.M.V., knowing that the money had been stolen from the Social Security Administration, with the intent to convert the money to her own use; in violation of Title 18, United States Code, Section 641.

  DATED: July 11, 2023.

              RANDY S. GROSSMAN
              United States Attorney

              *Jeffrey D. Hill*
              _____
              Jeffrey D. Hill
              Special Assistant U.S. Attorney